Yoav M. Griver
Bryan D. Leinbach
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Toscano Inc.
and PYA USA, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAGLIFICIO VALDA, S.P.A.,<br><br>　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>TOSCANO INC. and PYA USA, INC.,<br><br>　　　　　　　　　Defendants. | Case No.: 13 Civ. 1786 (RA) |

## STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)

The undersigned attorney of record for defendants Toscano Inc. and PYA USA, Inc. certifies that no parent corporation or publicly held corporation owns 10% or more of the stock of Toscano Inc. or PYA USA, Inc.

Dated:　June 6, 2013　　　　　　　By: /s/ Yoav M. Griver
　　　　　　　　　　　　　　　　　　Yoav M. Griver
　　　　　　　　　　　　　　　　　　ZEICHNER ELLMAN & KRAUSE LLP
　　　　　　　　　　　　　　　　　　575 Lexington Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　Tel: (212) 223-0400
　　　　　　　　　　　　　　　　　　Fax: (212) 753-0396
　　　　　　　　　　　　　　　　　　Attorneys for Toscano Inc. and PYA USA, Inc.