Yoav M. Griver
Bryan D. Leinbach
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Toscano Inc.
and PYA USA, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAGLIFICIO VALDA, S.P.A.,<br><br>                       Plaintiff,<br><br>- against -<br><br>TOSCANO INC. and PYA USA, INC.,<br><br>                       Defendant. | Case No.: 13 Civ. 1786 (RA)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

   CHERYL L. ADEN, being duly sworn, says: that I am over the age of eighteen years, am not a party herein, and reside in New York County, and that on the 6th day of June, 2013, I served a true copy of the within (i) **TOSCANO INC. AND PYA USA, INC.'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM AND** (ii) **STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)** upon the attorney hereinafter named at the place hereinafter stated and set opposite his name by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the City and State of New York, directed to said attorney at his last known address given below.

| NAME | ADDRESS |
|---|---|
| DUANE MORRIS LLP<br>Evan Michailidis, Esq.<br>Attorneys for<br>  Plaintiff-Counterclaim Defendant<br>  Maglificio Valda, S.P.A. | 1540 Broadway<br>New York, New York 10036 |

_____
CHERYL L. ADEN

Sworn to before me on this
7th day of June, 2013

_____
NOTARY PUBLIC

MICHAEL W. ANTONIVICH
Notary Public, State of New York
No. 01AN4762190
Qualified in Nassau County
Commission Expires June 30, 20 14

#716610v1/CLA/11233.001                           2